# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN DENENBERG, M.D.; <br><br> Plaintiff, <br><br> vs. <br><br> ECO HEALTH INC., EHL INC., and MICHAEL E. KOVACS, <br><br> Defendants. | 8:18CV279 <br><br> ORDER TO SHOW CAUSE |

The records of the Court show that on June 20, 2018, a letter (Filing No. 3) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

NORMAN DENENBERG
3814 Dodge Street
Omaha, NE 68131

**IT IS ORDERED** that on or before July 13, 2018, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Mr. Denenberg being removed as counsel of record.

Dated this 6th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge