IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN DENENBERG, M.D.; | |
| Plaintiff, | **8:18CV279** |
| vs. | |
| ECO HEALTH INC., EHL INC., and MICHAEL E. KOVACS, | **ORDER** |
| Defendants. | |

The parties are currently engaged is settlement discussions.

Accordingly,

IT IS ORDERED:

1)   The parties' joint motion to continue the Rule 26(f) Report deadline, (Filing No. 44), is granted.

2)   On or before August 1, 2019, the parties shall either file a joint stipulation for dismissal of this case, or they shall file their jointly prepared Rule 26(f) Report.

Dated this 1st day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge